NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————

**VETERANS LEGAL ADVOCACY GROUP,**

*Claimant-Appellant*

v.

**DENIS MCDONOUGH, Secretary of Veterans Affairs,**

*Respondent-Appellee*

———————

2023-2072

———————

Appeal from the United States Court of Appeals for Veterans Claims in No. 23-2774, Judge Amanda L. Meredith.

———————

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2          Veterans Legal Advocacy Group v. McDonough

(2)  Each side shall bear their own costs.


                                      FOR THE COURT

July 21, 2023                         /s/ Jarrett B. Perlow
     Date                             Jarrett B. Perlow
                                      Clerk of Court


**ISSUED AS A MANDATE:** July 21, 2023